## Case No. 15,553.

### UNITED STATES v. LAMBELL.

[1 Cranch, C. C. 312.] [2]

Circuit Court, District of Columbia. June Term, 1806.

PAROL EVIDENCE—LOST WARRANT.

Parol evidence may be given of the contents of a lost warrant.

[Cited in U. S. v. Long, Case No. 15,625.]

Indictment [against William Lambell] for opposing Clement Venable, in the execution of his duty as a constable.

---

[1] [Reported by William P. Mason, Esq.]
[2] [Reported by Hon. William Cranch, Chief Judge.]

Mr. F. S. Key, objected to parol testimony of the warrant being given, because it is matter of record. Peake, Ev. 19.

THE COURT permitted the contents of the warrant to be proved by parol, after the magistrate had sworn that he had searched every part of his house where it was probable to find it and could not; and that he believed it was lost or destroyed; that he had not seen it since the officer returned it to him.

Verdict, guilty; fined thirty dollars.